## JURISDICTIONAL MOTIONS OVERRULED

**92–961.** King v. Complete Auto Transit, Inc. *Franklin County*, No. 91AP–355.

**92–1003.** San Lorenzo v. Tang. *Hamilton County*, Nos. C–910234 and C–910262.

**92–1107.** State v. Caldwell. *Jackson County*, No. 648.

**92–1108.** State v. Brown. *Jackson County*, No. 660.
H. BROWN, J., dissents.

**92–1204.** Cty. Sav. Bank v. Sain. *Franklin County*, No. 91AP–380.

**92–1207.** State v. Bryant. *Hamilton County*, Nos. C–920243 and C–920261.

**92–1208.** State v. Comstock. *Lucas County*, No. L–91–115.
DOUGLAS and WRIGHT, JJ., dissent.

**92–1233.** Wickliffe v. Gutauckas. *Lake County*, No. 91–L–089.

**92–1275.** State v. Haney. *Greene County*, Nos. 91–CA–54 and 91–CA–55.

**92–1278.** Davis v. Davis. *Fairfield County*, No. 20–CA–19.
MOYER, C.J., and DOUGLAS, J., dissent.

**92–1280.** In re Estate of Clapsaddle. *Washington County*, No. 91–CA–10.

**92–1281.** Kline v. OID Associates, Inc. *Summit County*, No. 15427.

**92–1288.** Meeker v. Am. Torque Rod of Ohio, Inc. *Franklin County*, No. 91AP–1042.
DOUGLAS and RESNICK, JJ., dissent.
H. BROWN, J., not participating.

**92–1295.** Shimps–Bowers, Inc. v. HOF–KON Mgt., Inc. *Mahoning County*, No. 91 C.A. 53.
WRIGHT, J., dissents.

**92–1303.** Stagg v. Riddlebarger. *Licking County*, No. CA–3706.
HOLMES and DOUGLAS, JJ., dissent.

**92–1311.** State v. Cox. *Stark County*, No. CA–8631.
WRIGHT, J., dissents.

**92–1318.** Hurst v. Ohio Dept. of Rehab. & Corr. *Franklin County*, No. 92AP–106.

**92–1320.** Mehl v. Motorists Mut. Ins. Co. *Summit County*, No. 15276.

**92–1323.** Ledger v. Ohio Dept. of Rehab. & Corr. *Franklin County*, No. 91AP–1126.
HOLMES, J., dissents.

**92–1332.** Bank One, Dayton, N.A. v. Ellington. *Montgomery County*, No. 13149.
H. BROWN, J., not participating.

**92–1333.** Cedeno v. Challener. *Cuyahoga County*, No. 62527.

**92–1336.** The Danberry Co. v. Benderson Dev. Co. *Lucas County*, No. L–90–288.
RESNICK, J., not participating.

**92–1337.** Taylor v. Microdot, Inc. *Cuyahoga County*, No. 60142.
DOUGLAS, J., dissents.

**92–1339.** Maytag Corp. v. Tennessee Ins. Guar. Assn. *Franklin County*, Nos. 91AP–1115 and 91AP–1157.

**92–1353.** Haas v. Haas. *Summit County*, No. 15239.
WRIGHT, J., dissents.

**92–1368.** Brown Motors Leasing v. Reucher. *Lucas County*, No. L–91–118.
H. BROWN, J., dissents.
RESNICK, J., not participating.

**92–1372.** State v. Blazer. *Ross County*, No. 1806.